DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735
e-Mail: DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE,

    Plaintiff,

- against -

TYLER TECHNOLOGIES, INC.,

    Defendant.

CV 10 0751 (BIANCO, J.)
(TOMLINSON, M.J.)

/

## NOTICE OF DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules Of Civil Procedure.

ISSUE has not been joined.

Dated: Southampton, New York
      March 18, 2010

Yours, etc.

_/s/ David Lopez_
David Lopez, Esq. (DL-6779)

S O   O R D E R E D :

_____
Joseph F. Bianco, U.S.D.J.
Central Islip, New York
March     , 2010